1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN (SBN 57117)
2  JONATHAN A. ELDREDGE (SBN 238559)
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
   E-mail: jeldredge@glynnfinley.com
6

7  WHEELER TRIGG O'DONNELL LLP
   Andrew M. Unthank (appearance *pro hac vice*)
8  Erin F. Frohardt (appearance *pro hac vice*)
   370 Seventeenth Street, Suite 4500
9  Denver, Colorado 80202
   Telephone: (303) 244-1800
10 Facsimile: (303) 244-1879
   E-mail: unthank@wtotrial.com
11 E-mail: frohardt@wtotrial.com

12 Attorneys for Defendant
   Whirlpool Corporation
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 WILLIAM BURDT, individually and on         )   **Case No.** 15-CV-01563-JSW
   behalf of all others similarly situated    )
18                                            )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER TO RESCHEDULE CASE**
19              Plaintiff,                    )   **MANAGEMENT CONFERENCE**
                                              )    AS MODIFIED
20      vs.                                   )
                                              )
21 WHIRLPOOL CORPORATION, a                   )
   Delaware corporation, and DOES 1-50,       )
22 inclusive,                                 )
                                              )
23              Defendant.                    )
                                              )

24

25

26

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CASE MANAGEMENT CONFERENCE

1  WHEREAS, on April 9, 2015, the Court set a Case Management Conference for July 24, 2015;

2  WHEREAS, counsel for Whirlpool Corporation has conflicts on July 24, 2015, and July 31, 2015;

3  WHEREAS, the parties have met and conferred and are both available for a Case Management Conference on Friday, August 7, 2015, which is now a published and available date on the Court's calendar;

4  WHEREAS, the parties further stipulate and acknowledge that all presumptive deadlines running from the Case Management Conference shall be similarly continued and based on the new presumptive schedule running from August 7, 2015;

5  THEREFORE, if convenient to the Court, the parties stipulate and request that the Court order that the Case Management Conference set on July 24, 2015 be continued to August 7, 2015.

IT IS SO STIPULATED.

Dated: June 30, 2015

GLYNN & FINLEY, LLP
WHEELER TRIGG O'DONNELL LLP

By  /s/ Jonathan A. Eldredge
    Attorneys for Defendant
    Whirlpool Corporation

Dated: June 30, 2015

CHAVEZ & GERTLER, LLP
HORNSTEIN LAW

By  /s/ Dan L. Gildor
    Attorneys for Plaintiff

1  ORDER

2  IT IS HEREBY ORDERED that the Case Management Conference scheduled for July 24,
3  2015 ~~is continued to August 7, 2015, and all presumptive deadlines running from the Case~~
   and the hearing on the motion to dismiss set for July 10, 2015 are VACATED. The case
   management conference shall be reset by further order, if necessary.
4  ~~Management Conference shall run from August 7, 2015~~.

5  IT IS SO ORDERED.

6
   Dated: June 30, 2015
7  _____
   JEFFREY S. WHITE
8  United States District Judge