GLYNN & FINLEY, LLP
CLEMENT L. GLYNN (SBN 57117)
JONATHAN A. ELDREDGE (SBN 238559)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: cglynn@glynnfinley.com
E-mail: jeldredge@glynnfinley.com

WHEELER TRIGG O'DONNELL LLP
Andrew M. Unthank (appearance *pro hac vice* pending)
Erin F. Frohardt (appearance *pro hac vice* pending)
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
E-mail: unthank@wtotrial.com
E-mail: frohardt@wtotrial.com

Attorneys for Defendant
Whirlpool Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BURDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendant. | **Case No.** 15-CV-01563-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO AMEND COMPLAINT** |

- 1 -
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO AMEND COMPLAINT

1  WHEREAS, on August 5, 2015, the Court entered its Order granting Whirlpool
2  Corporation's motion to dismiss;
3  WHEREAS, the Court further granted Plaintiff leave to amend the complaint by August
4  31, 2015;
5  WHEREAS, the parties have met and conferred regarding the present status of the case
6  and claims and have initiated resolution discussions;
7  WHEREAS, the parties are hopeful that they will reach a resolution in the near term;
8  WHEREAS, in order to allow the parties the time necessary to fully explore their
9  resolution options and possibly reach an early resolution without the need to incur additional fees
10  and costs in the interim they have stipulated to continue the present deadline to amend by 30
11  days, through and including September 30, 2015;
12  THEREFORE, if convenient to the Court, the parties stipulate and request that the Court
13  order that Plaintiff's deadline to amend his complaint be continued from August 31, 2015 to
14  September 30, 2015.
15  IT IS SO STIPULATED.

Dated: August 31, 2015

GLYNN & FINLEY, LLP
WHEELER TRIGG O'DONNELL LLP

By  /s/ Jonathan A. Eldredge
Attorneys for Defendant
Whirlpool Corporation

Dated: August 31, 2015

CHAVEZ & GERTLER, LLP
HORNSTEIN LAW

By  /s/ Dan L. Gildor
Attorneys for Plaintiff

- 2 -
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO AMEND COMPLAINT

1
2   IT IS HEREBY ORDERED that Plaintiff's deadline to amend the complaint, scheduled
3   for August 31, 2015, is continued to September 30, 2015.
4   IT IS SO ORDERED.
5
6   Dated:   August 31, 2015   

_____
JEFFREY S. WHITE
United States District Judge