1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN (SBN 57117)
2  JONATHAN A. ELDREDGE (SBN 238559)
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone:  (925) 210-2800
   Facsimile:  (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
   E-mail: jeldredge@glynnfinley.com
6

7  WHEELER TRIGG O'DONNELL LLP
   Andrew M. Unthank (appearance *pro hac vice* pending)
8  Erin F. Frohardt (appearance *pro hac vice* pending)
   370 Seventeenth Street, Suite 4500
9  Denver, Colorado 80202
   Telephone:  (303) 244-1800
10 Facsimile:   (303) 244-1879
   E-mail: unthank@wtotrial.com
11 E-mail: frohardt@wtotrial.com

12 Attorneys for Defendant
   Whirlpool Corporation
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 WILLIAM BURDT, individually and on        )   **Case No.** 15-CV-01563-JSW
   behalf of all others similarly situated    )
18                                             )   **SECOND STIPULATION AND**
                                               )   **[PROPOSED] ORDER TO CONTINUE**
19                    Plaintiff,               )   **DEADLINE TO AMEND COMPLAINT**
                                               )
20         vs.                                 )
                                               )
21 WHIRLPOOL CORPORATION, a                    )
   Delaware corporation, and DOES 1-50,        )
22 inclusive,                                  )
                                               )
23                    Defendant.               )
   _____ )

24

25

26

27

28

- 1 -

1    In support of their mutual request to continue Plaintiff's deadline to amend his complaint

2  from September 30, 2015 to October 30, 2015, Plaintiff William Burdt and Defendant Whirlpool

3  Corporation ("Whirlpool") stipulate as follows:

4    1.    On August 5, 2015, the Court entered its Order granting Whirlpool Corporation's

5  motion to dismiss.

6    2.    The Court further granted Plaintiff leave to amend his complaint by August 31,

7  2015.

8    3.    Thereafter the parties met and conferred regarding the present status of the case

9  and claims and initiated resolution discussions.

10    4.    To facilitate these discussions, the parties stipulated to, and this Court granted, a

11  continuance of Plaintiff's deadline to amend his complaint through September 30, 2015, in order

12  to allow the parties to pursue resolution discussions without the need to incur additional fees and

13  costs addressing an amended pleading or other matters.

14    5.    During this continuance, Plaintiff's counsel has compiled information relevant to

15  his settlement position in order to prepare a formal, written demand to Whirlpool.

16    6.    Plaintiff's counsel provided Whirlpool with Plaintiff's written demand on

17  September 25, 2015, and Whirlpool is now evaluating Plaintiff's demand and supporting points.

18    7.    In order to allow the parties the further time necessary to fully explore their

19  resolution options and possibly reach an early resolution without the need to incur additional fees

20  and costs in the interim they have stipulated to continue the present deadline to amend by 30

21  days, through and including October 30, 2015;

22    8.    Therefore, if convenient to the Court, the parties stipulate and request that the

23  Court order that Plaintiff's deadline to amend his complaint be continued from September 30,

24  2015 to October 30, 2015.

25    IT IS SO STIPULATED.

26

27

28

SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE DEADLINE TO AMEND COMPLAINT

1    Dated: September 27, 2015

2                                              GLYNN & FINLEY, LLP
                                               WHEELER TRIGG O'DONNELL LLP

3

4                                              By_____/s/ Andrew M. Unthank_____
                                                  Attorneys for Defendant
5                                                 Whirlpool Corporation

6    Dated: September 27, 2015

7                                              CHAVEZ & GERTLER, LLP
                                               HORNSTEIN LAW

8

9                                              By_____/s/ Dan L. Gildor_____
                                                  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE DEADLINE TO AMEND COMPLAINT

1

2          IT IS HEREBY ORDERED that Plaintiff's deadline to amend the complaint, scheduled

3  for September 30, 2015, is continued to October 30, 2015.

4          IT IS SO ORDERED.

5

6  Dated:  September 29, 2015                    _____

7                                                JEFFREY S. WHITE
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

SECOND STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO AMEND COMPLAINT